MAX COHEN, Doing Business under the Firm Name and Style of THE BROOKLYN AND LONG ISLAND ELECTRIC NOVELTY COMPANY, Appellant, v. COWIE & COMPANY, LIMITED, Respondent, and THE NATIONAL CITY BANK OF NEW YORK and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Impleaded, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order directing plaintiff to execute and deliver general releases and in the event of his failing so to do that he be enjoined from bringing action on the claim, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MINNIE LEE CAMPBELL, Appellant, v. CHARLES M. GRACE, Respondent.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging that respondent is not the father of the child of the complaining witness unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

WILLIAM DONNER, Respondent, v. CYRIL J. BROWN, Appellant.—Action to recover damages for personal injuries sustained by plaintiff as the result of a collision between defendant's automobile and a truck on which plaintiff was a helper. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.